IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MHC FINANCING, LTD, et al,

    Plaintiffs,

    v

CITY OF SAN RAFAEL,

    Defendant,

CONTEMPO MARIN HOMEOWNERS ASSOCIATION,

    Defendant-Intervenor.

No C 00-3785 VRW

ORDER

On July 27, 2007, the court requested further briefing on the severability of the 1999 Amendments to the City of San Rafael's mobilehome rent and vacancy control ordinance ("Ordinance"). Doc #544 at 74. On August 23, 2007, the parties submitted their memoranda. Doc ##545, 548, 549.

The parties shall submit jointly copies, in either WordPerfect or Word format, of sections 20.04, 20.08, 20.12 and

20.16 of the Ordinance.  Such submission shall be made no later than January 10, 2008.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge