IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MHC FINANCING, LTD, et al,

    Plaintiffs,

     v

CITY OF SAN RAFAEL,

    Defendant,

CONTEMPO MARIN HOMEOWNERS ASSOCIATION,

    Defendant-Intervenor.

No C 00-3785 VRW

ORDER

       On January 29, 2008, the court issued its findings of fact and conclusions of law on MHC's takings claims. Doc #554. The court found that the Ordinance was an unconstitutional regulatory taking and an unconstitutional private taking. Doc #554 at 34, 51. Earlier, certain contract claims asserted by MHC were tried, and in November 2002, a jury ruled in favor of the City, a determination the court declined to disturb.

       Plaintiffs and Defendant City of San Rafael shall, not later than March 14, 2008, submit their authorities with respect to

the prevailing party under these circumstances, as well as their bills of costs and motions to tax costs and motions to recover attorney fees.  The parties may submit opposition memoranda thereto not later than March 31, 2008.  The parties shall also brief the issue of whether the court should stay its judgment pending appeal.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge