IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MHC FINANCING, LTD, et al,  No  C 00-3785 VRW

    Plaintiffs,  ORDER

     v

CITY OF SAN RAFAEL,

    Defendant,

CONTEMPO MARIN HOMEOWNERS ASSOCIATION,

    Defendant-Intervenor.
_____/

    The parties are directed, not later than February 9, to identify in writing evidence in the record concerning the length of time Contempo Marin pad lessees hold leasehold interests in mobilehome pads at the Contempo Marin Mobilehome Park.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge