IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
MHC FINANCING, LTD, et al,            No   C 00-3785 VRW

          Plaintiffs,                 ORDER

           v
CITY OF SAN RAFAEL,

          Defendant,

CONTEMPO MARIN HOMEOWNERS
ASSOCIATION,

          Defendant-Intervenor.
                                    /
```

In connection with its fee application, plaintiff MHC submitted the affidavit of Lisa Scruggs on April 15, 2008. Doc #600. The Scruggs affidavit includes a table documenting the number of hours billed <u>quarterly</u> for each attorney working for MHC on all aspects of this case. Doc #600, Exh 2. Additionally, MHC submitted to the court the affidavit of David Bradford, which contains a series of tables documenting the <u>total</u> hours worked on this case by each attorney for MHC. Doc #585, Exhs D, E. There is a discrepancy between the total hours given for each attorney in

the Bradford affidavit (Doc #585, Exhs D, E) and the sum of the quarterly totals for each attorney in the Scruggs affidavit (Doc #600, Exh 2).  For example, the Bradford affidavit, exhibit D, lists Andrew Sussman's total hours worked on this case at 1.7.  The Scruggs affidavit, exhibit 2, however, lists Andrew Sussman as working 14.6 hours in the second quarter of 2000, 0.5 hours in the third quarter of 2000 and 5.6 hours in the third quarter of 2000 for a sum total of 20.7 hours.  There are numerous other discrepancies that go beyond the mere fact that the Scruggs affidavit includes a few more months of data.  Attachment 1 hereto totals for each attorney the quarterly data submitted in the Scruggs affidavit.  Compare total hours worked in the tables of Doc #585, Exhs D, E, with Attachment 1.  Not later than April 8, MHC is DIRECTED to explain these discrepancies and present the correct data.

Additionally, not later than April 8, MHC is DIRECTED to submit the amount of time each of MHC's attorneys spent working on MHC's breach of contract and breach of the duty of good faith and fair dealing claims.  Doc #78 (third and fourth causes of action).

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

**2**

**Attachment 1**

Sum of Quarterly MHC Attorney Hours

| Attorney | Locality | Experience | Total Hours |
|---|---|---|---|
| David Bradford | Chicago | 32 | 2120.25 |
| Lisa Scruggs | Chicago | 10 | 2607.25 |
| Bradley Yusim | Chicago | 6 | 680.75 |
| Barry Levenstam | Chicago | 30 | 27.5 |
| Terry Mascherin | Chicago | 24 | 2 |
| Mark Heilbrun | Chicago | 18 | 14 |
| Matt Basil | Chicago | 11 | 241.75 |
| Sean Herring | Chicago | 3 | 106.75 |
| Jason Green | Chicago | 6 | 254.5 |
| April Otterberg | Chicago | 2 | 17.75 |
| Shannon Jones | Chicago | 2 | 7 |
| Benjamin Weinberg | Chicago | 15 | 1173.75 |
| Christine Miller | Chicago | 11 | 125.5 |
| Therese Tully | Chicago | 12 | 135 |
| Nanci Rogers | Chicago | 7 | 1031.75 |
| Daniel Konieczny | Chicago | 7 | 1012.75 |
| Katherine Saunders | Chicago | 9 | 172.25 |
| Hannah Stotland | Chicago | 6 | 19.75 |
| Robert S Coldren | Santa Ana | 30 | 263.3 |
| C William Dahlin | Santa Ana | 29 | 291.4 |
| Mark Alpert | Santa Ana | 20 | 15.5 |
| Robert Mulvihill | Santa Ana | 24 | 15.9 |
| Robert Williamson | Santa Ana | 32 | 24.7 |
| William Hart | Santa Ana | 32 | 0.4 |
| Andrew Sussman | Santa Ana | 25 | 20.7 |
| Scott Shintani | Santa Ana | 11 | 0.5 |
| Steven Lowery | Santa Ana | 11 | 1.2 |
| Diane Haugeberg | Santa Ana | 11 | 5.7 |
| Jason Pyrz | Santa Ana | 11 | 18.5 |
| Kenneth Keller | San Francisco | 32 | 277.1 |
| Michael Lisi | San Francisco | 12 | 0.7 |
| Ingrid Leverett | San Francisco | 18 | 106.7 |
| Chicago Paralegals | Chicago | | 3056 |
| Santa Ana Paralegals | Santa Ana | | 15.7 |
| SF Paralegals | San Francisco | | 157.4 |